# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ALBERTO-CULVER INTERNATIONAL, INC.**, a Delaware corporation, and **ALBERTO-CULVER USA, INC.**, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **APOLLO HEALTH AND BEAUTY CARE CORPORATION**, a Canada corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) **COMPLAINT FOR UNFAIR** <br> ) **COMPETITION, DECEPTIVE TRADE** <br> ) **PRACTICES, TRADE IDENTITY** <br> ) **DILUTION AND COPYRIGHT** <br> ) **INFRINGEMENT** <br> ) <br> ) <br> ) |

Plaintiffs, Alberto-Culver International, Inc. and Alberto-Culver USA, Inc., complain against defendant, Apollo Health and Beauty Care Corporation, as follows:

## COUNT I:  FEDERAL UNFAIR COMPETITION

### A.  Parties And Jurisdiction

1. Plaintiff, Alberto-Culver International, Inc. ("ACI"), is a Delaware corporation with its principal offices at 2525 Armitage Avenue, Melrose Park, Illinois 60160.

2. Plaintiff, Alberto-Culver USA, Inc. ("Alberto USA"), is a Delaware corporation with its principal offices at 2525 Armitage Avenue, Melrose Park, Illinois 60160 (Alberto USA and ACI are referenced herein collectively as "Alberto").

3. Defendant, Apollo Health and Beauty Care Corporation ("Apollo"), upon information and belief, is a Canada corporation with its principal place of business at 20

CHIC_5239799

Graniteridge Road, Concord, Ontario, L4K 5M8 Canada, which does business in the United States of America, including, *inter alia*, through a Pittsburgh, Pennsylvania-based sales manager.

4. This Court has jurisdiction over the subject matter of this action by virtue of the following facts: (1) this is a civil action arising under the United States Trademark Act, 15 U.S.C. § 1051, *et seq.*, jurisdiction being expressly conferred in accordance with Section 39 of the United States Trademark Act, 15 U.S.C. § 1121, and Section 1338(a) of the United States Judicial Code, 28 U.S.C. § 1338 (a); (2) this is a civil action arising under the United States Copyright Act, 17 U.S.C. § 101, *et seq.*, jurisdiction being expressly conferred in accordance Section 1338(a) of the United States Judicial Code, 28 U.S.C. § 1338(a); and (3) this is a civil action in which plaintiffs and defendant are citizens of different nations and the value of the matter in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs, jurisdiction being expressly conferred in accordance with section 1332(a) of the United States Judicial Code, 28 U.S.C. § 1332(a). This Court also has pendent jurisdiction over all related claims herein in accordance with Section 1338(b) of the United States Judicial Code, 28 U.S.C. § 1338(b).

5. Venue is proper in this judicial district in accordance with Sections 1391(b) and 1400(a) of the United States Judicial Code, 28 U.S.C. §§ 1391(b) and 1400(a), because plaintiffs' principal place of business is within this district, and because a substantial part of the events or omissions giving rise to the claim occurred in this district.

**B.    Alberto's TRESemmé Hair Care Products**

6. Since long prior to the acts of Apollo complained of herein, Alberto USA (including its predecessors) has engaged in the business of, *inter alia*, manufacturing and selling

2

CHIC_5239799

personal care, including hair care products, which have been marketed and sold internationally and throughout the United States, including the State of Illinois.

7. Since long prior to the acts of defendant complained of herein, Alberto USA has marketed and sold, internationally and throughout the United States, a line TRESemmé hair care products, including shampoos and conditioners, under an exclusive license from ACI.

8. Alberto's TRESemmé shampoo and conditioner product are among the top selling hair care products in the United States, as well as other countries.

9. Alberto's TRESemmé shampoo and conditioner products come in a number of different formulations intended for specific hair care purposes, including a "MOISTURE RICH" formula as depicted in Paragraph 11 below (*hereinafter collectively* "TRESemmé Shampoo & Conditioner Line").

### C. Alberto's Distinctive TRESemmé Trade Dress

10. For more than a decade prior to the acts of defendant complained of herein, Alberto has sold its TRESemmé Shampoo & Conditioner Line in a trade dress featuring, *inter alia*, distinctive black and white packaging. The largest selling products in the TRESemmé Shampoo & Conditioner Line have been sold in the classic, individual black and white trade dress (*hereinafter* "Classic TRESemmé Trade Dress") comprising, *inter alia*,

> a. a smooth, flat-topped cap with a glossy finish (colored black for shampoo containers and white for conditioner containers);
>
> b. a cylindrical container with gently sloped shoulders (colored black for shampoo containers and white for conditioner containers);

3

CHIC_5239799

c.      the brand name displayed horizontally on the upper quarter of the front

panel;

d.      a display of the TRESemmé flowing hair logo on the front and side

panels;

e.      a display of the product formula identifier (*e.g.* "moisture rich", "smooth

& silky", "healthy volume", etc.) colored panel (*e.g.* brown) above the

product name (*i.e.* shampoo or conditioner) on the lower portion of the

front panel; and,

f.      a display of each of the phrases "professional formula", "Vitamin E", and

"for dry or damaged hair" on the front panel.

Specimens of this Classic TRESemmé Trade Dress used for the TRESemmé "Moisture Rich"

shampoo and conditioner are depicted immediately below:

4

CHIC_5239799



| | |
|---|---|
| Smooth glossy black cap | Smooth glossy white cap |
| black cylindrical container with gently sloped shoulders | White cylindrical container with gently sloped shoulders |
| Trademark in upper quarter of front panel | Trademark in upper quarter of front panel |
| Reference to hair stylist use | Reference to hair stylist use |
| Flowing hair logo | Flowing hair logo |
| Vitamin E | Vitamin E |
| "Moisture Rich" product formula designator in association with brown color panel | "Moisture Rich" product formula designator in association with brown color panel |
| For dry or damaged hair | For dry or damaged hair |
| Professional formula | Professional formula |

11. More recently, but also since long prior to the acts of defendant complained of herein, additional formulas of the TRESemmé Shampoo & Conditioner Line have been sold with

5

CHIC_5239799

great success in a variation of the Classic TRESemmé Trade Dress displaying a colored swath in the middle portion of the front label, examples of which are depicted immediately below:



12.     For years, the TRESemmé products have been widely advertised, promoted and offered for sale together so as to create a unique, well-known commercial image featuring the above depicted TRESemmé black and white trade dress.

13.     Alberto has spent millions of dollars advertising and promoting the distinctive TRESemmé commercial image.

6

CHIC_5239799

14.     For example, the above depicted "moisture rich" TRESemmé shampoo and conditioner in the TRESemmé black & white trade dress has been advertised on Alberto USA's website, which comprises an original work entitled TRESemmé MOISTURE as depicted below:



15.     Another ad for TRESemme products in the TRESemme black and white trade dress comprising an original work entitled TRESemmé STYLE is depicted below:



CHIC_5239799

16.     An image of the original Alberto work entitled TRESemmé STRONGER is depicted below:



17.     An image of the original Alberto work entitled TRESemmé COLOR is depicted below:



8

CHIC_5239799

18.     Each of the Alberto ads depicted in Paragraphs 15 through 18 above, TRESemmé MOISTURE, TRESemmé STYLE, TRESemmé STRONGER, and TRESemmé COLOR (*hereinafter collectively* "the Alberto Works"), constitutes an original work of authorship.

19.     Third party resellers of the TRESemmé Shampoo & Conditioner Line such as Amazon.com also have promoted on-line the TRESemmé black & white trade dress as shown below:



20.     The TRESemmé shampoo and conditioner products are positioned on store shelves with the black shampoo bottle next to the white conditioner bottle of the same formulation, *i.e.* the black "Moisture Rich" shampoo bottle is next to the white "Moisture Rich"

9

CHIC_5239799

conditioner bottle, resulting in hundreds of millions of dollars of sales of the these products annually.

### D. TRESemmé Salon Heritage and Quality Advertising and Promotion Theme

21. For decades, TRESemmé hair care products were offered only through salons. During the last decade, distribution of TRESemmé products has been made through retail outlets such as drug stores and super markets.

22. Since long prior to the acts of Apollo complained of herein, Alberto USA has emphasized in the advertising for TRESemmé products, their salon heritage and salon quality.

23. TRESemmé packaging also emphasizes the salon heritage and quality of those products. The upper quarter of the front label panel displays the terms "professional formula" and "used by professionals" and the top quarter of the back label states: "From our origins in salons around the world, we've always had a simple vision, to create stylist-tested, salon-quality products without the salon price tag, so you can experience that salon feeling everyday," with: "TRESemmé – Professional, Affordable" displayed in bold print immediately below that text.

### E. Fame of TRESemmé Trade Dresses

24. Since long prior to the acts of Apollo complained of herein, the aforesaid TRESemmé trade dress have been distinctive of the goods sold thereunder.

25. By virtue of the aforesaid extensive use, advertising, and promotion and long before Apollo commenced the acts complained of herein, the aforesaid TRESemmé trade dress became famous and extremely well known among consumers, and acquired a strong secondary meaning.

CHIC_5239799

### F. Defendant's Multiple Infringements of TRESemmé Intellectual Property

26.     Upon information and belief, Apollo is engaged in the business of, *inter alia*, manufacturing and selling private label personal care products, including hair shampoo and conditioner.

27.     Upon information and belief, a solicited customer of Apollo for its private label hair shampoo and conditioner product is TopCo Associates, LLC ("TopCo"), a cooperative whose members collectively operate more than 13,000 retail stores in North America, that sell private label personal care goods to consumers.

28.     Upon information and belief, on or about October 14, 2009, long subsequent to the aforesaid success of the TRESemmé Products and acquisition of fame of their aforesaid black & white trade dress, Apollo's sales manager solicited (*hereinafter* "Apollo Solicitation", *see* Exhibit A hereto for text of same) TopCo members with an offer for shampoo and conditioner products expressly intended to simulate that TRESemmé shampoo and conditioner.

29.     Upon information and belief, the Apollo Solicitation sent to TopCo members included copies of the Alberto Works used to sell legitimate TRESemmé products stated in pertinent part "Our package will incorporate the black & white color bottle…."  Apollo copies of the Alberto Works (*hereinafter* "the Apollo Copies") are depicted below:

11

CHIC_5239799









CHIC_5239799

30. Subsequently, Apollo also commenced marketing and selling Dollar General and HEB stores shampoo and conditioner products sold in black & white trade dress simulating TRESemmé black & white trade dress which, *inter alia,* feature a black containers for shampoo and white containers for conditioner (hereinafter this Apollo trade dress is referenced collectively as "Apollo Black & White Trade Dress" and the products sold in them as "Apollo Black & White Products") and the phrase "MOISTURE RICH."

31. Each of the aforesaid Apollo Black & White Trade Dress (with "Moisture Rich") which simulate the aforesaid TRESemmé trade dress, also use an advertising theme that simulates the aforesaid TRESemmé advertising theme. These Apollo Black & White Trade Dress comprise, *inter alia*,

 a. a smooth, flat-topped cap with a glossy finish (colored black for shampoo containers and white for conditioner containers);

 b. a cylindrical container with gently sloped shoulders (colored black for shampoo containers and white for conditioner containers);

 c. the trademark displayed horizontally on the upper quarter of the front panel;

 d. a display of the product formula identifier, "MOISTURE RICH", in a brown colored panel;

 e. elongated, curving lines evocative of the TRESemmé flowing hair logo;

 f. a display of the type of hair care product (*i.e.* shampoo or conditioner) on the lower portion of the front panel; and,

13

CHIC_5239799

g.       a display of each of the phrases "professional formula", "Vitamin E", and

"for dry or damaged hair" on the front panel.

These Apollo Trade Dress are depicted below:



(*hereinafter* "the Apollo HCE Trade Dress").

14

CHIC_5239799



Smooth glossy black cap

black cylindrical container with gently sloped shoulders

Trademark in upper quarter of front panel

Flowing hair design elements

"Moisture rich" product formula designator in association with brown color panel

Vitamin E

For dry or damaged hair

Professional formula

Use of "TRESemmé Vitamin E Moisture Rich"

Smooth glossy white cap

White cylindrical container with gently sloped shoulders

Trademark in upper quarter of front panel

Flowing hair design elements

"Moisture rich" product formula designator in association with brown color panel

Vitamin E

For dry or damaged hair

Professional formula

Use of "TRESemmé Vitamin E Moisture Rich"

(*hereinafter* "the Apollo DG Trade Dress")

32.     Upon information and belief, each of the above Apollo Black & White Trade Dress, were adopted for the purpose of trading upon the goodwill symbolized by Alberto's TRESemmé black & white trade dress.

33.     Apollo's aforesaid uses of the Apollo Black & White Trade Dress are each likely to cause confusion among consumers as to the origin of its products sold under its spurious trade

15

CHIC_5239799

dresses, or to cause consumers mistakenly to believe that there is a connection between Apollo or its aforesaid products, and Alberto or their products.

34. Each of Apollo's aforesaid uses of the Apollo Black & White Trade Dress enable it to benefit unfairly from the reputation and success of Alberto's products, that have been sold under the TRESemmé Black & White Trade Dress, thereby giving Apollo's hair care products a salability which they otherwise would not enjoy.

35. Upon information and belief, Apollo's aforesaid shampoo and conditioner products have never been salon products, nor are they used in significant numbers of salons or by hair care professionals.

36. Like Alberto's aforesaid TRESemmé packaging in its black & white trade dress bearing "Moisture Rich," the Apollo Black & White Products packaging creates the impression that those products are, or have been sold to, or by, hair salons, and used by professional hair stylists, by, *inter alia*, displaying the claim "professional formula" (*hereinafter* "Apollo Professional Claim").

37. Apollo's aforesaid wrongful acts are without Alberto's consent or authorization.

38. Apollo's aforesaid use of the Apollo Black & White Trade Dress, including, *inter alia,* "Moisture Rich" and the Apollo Professional Claim, each constitutes a misleading use of a word, term, name, symbol, trade dress, or device, or a combination thereof, in violation of Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(a).

39. Apollo's aforesaid wrongful acts are each greatly and irreparably damaging to Alberto, and will continue to so damage Alberto unless restrained by this Court; wherefore, Alberto are without adequate remedy at law.

16

CHIC_5239799

## COUNT II: UNIFORM DECEPTIVE TRADE PRACTICES ACT

40.     Alberto reallege and incorporate paragraphs 1 through 37 and 39 of Count I of this Complaint.

41.     Apollo's aforesaid use of the Apollo Black & White Trade Dress and Apollo Professional Claim each constitutes a deceptive trade practice in violation of the Uniform Deceptive Trade Practices Act of the several states, including the State of Illinois, 815 ILCS 510/1 *et seq*.

## COUNT III: CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

42.     Alberto reallege and incorporate paragraphs 1 through 37 and 39 of Court I, and paragraph 45 of Count II of this Complaint.

43.     Apollo's aforesaid use of the Apollo Black & White Trade Dress and Apollo Professional Claim each constitutes unfair competition in violation of the statutory unfair competition laws of the several states, including the Consumer Fraud and Deceptive Business Practices Act of the State of Illinois, 815 ILCS 505/1 *et seq*.

## COUNT IV: COMMON LAW UNFAIR COMPETITION

44.     Alberto reallege and incorporate paragraphs 1 through 37 and 39 of Count I of this Complaint.

45.     Apollo's aforesaid use of the Apollo Black & White Trade Dress and Apollo Professional Claim, each constitutes unfair competition in violation of the common law of the several states, including the State of Illinois.

CHIC_5239799

## COUNT V: FEDERAL TRADE IDENTITY DILUTION

46.     Alberto reallege and incorporate paragraphs 1 through 32, 34 through 37 and 39 of Count I of this Complaint.

47.     Since prior to the acts of Apollo which are the subject of this Complaint, the aforesaid TRESemmé Black & White trade dress became famous within the meaning of Section 43(c)(2)(A) of the United States Trademark Act, 15 U.S.C. § 1125(c)(2)(A).

48.     Apollo's aforesaid acts dilute the distinctiveness of each of the aforesaid famous TRESemmé Black & White Trade Dress in violation of Section 43(c) of the United States Trademark Act, 15 U.S.C. § 1125(c).

## COUNT VI: STATE TRADE IDENTITY DILUTION

49.     Alberto reallege and incorporate paragraphs 1 through 32, 34 through 37 and 39 of Count I, and paragraph 47 of Count V of this Complaint.

50.     Apollo's aforesaid acts dilute the distinctiveness of each of Alberto's famous TRESemmé Black & White Trade Dress in violation of the dilution laws of the several states, including the Illinois Anti-Dilution Act, 765 ILCS 1036/65.

## COUNT VII: COPYRIGHT INFRINGEMENT

51.     Alberto reallege and incorporate paragraphs 1 through 9, 13 through 18, 26 through 29, 37 and 39 of Count I of this Complaint.

52.     Alberto owns all right, title and interest to each of the Alberto Works.

53.     Each of the Alberto Works copyrightable subject matter under the laws of the United States, 17 U.S.C. § 101 *et seq*.

54.     ACI has applied to register its copyright in each of the Alberto Works.

18

CHIC_5239799

55.     Apollo has willfully infringed Alberto's copyrights in the Alberto Works by, *inter alia*, making or causing to be made and by distributing copies of the Alberto Works without the consent of Alberto.

56.     The aforesaid copying of the Alberto Works and distribution of the Apollo Copies constitutes copyright infringement of the Alberto Works in violation of § 106 of the United States Copyright Act, 17 U.S.C. § 101 *et seq*.

**WHEREFORE**, Alberto pray that:

1.     Defendant, Apollo Health and Beauty Corporation, and each of its officers, directors, agents, servants, employees, attorneys, and all others in active concert or participation with any of them and who receive actual notice of the order, be permanently enjoined from:

a.  using any of the Apollo Black & White Trade Dress depicted *supra* at paragraph 35 or any similar trade dress;

b.  using the Apollo Salon Formula Claim, or any similar claim;

c.  doing any other act or thing likely to confuse, mislead, or deceive others into believing that any of the defendants, or any of their products or services, emanate from, or are connected with, sponsored by or approved by, Alberto;

d.  doing any other act or thing likely to dilute the distinctive quality of Alberto's TRESemmé Black & White Trade Dress or the TRESemmé Container Trade Dress;

e.  copying, reproducing, distributing, using, selling, manufacturing, or creating derivative works based upon any of the Alberto Works (depicted *supra* at paragraphs 15 through 18); and,

19

CHIC_5239799

f.  aiding or assisting any persons in engaging in any of the acts or things prohibited in sub-sections (a) through (f) of this paragraph.

2.  Defendant be required to pay over to Alberto:

a.  in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C. § 1117(a), an award of treble Alberto's actual damages and Apollo's wrongful profits, resulting from defendant's acts of trade dress infringement, unfair competition and dilution, together with an award of Alberto's attorneys' fees and costs;

b.  in accordance with Section 504 of the United States Copyright Act, 17 U.S.C. § 504, Alberto's actual damages attributable to its acts of copyright infringement;

c.  in accordance with Section 3 of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/3, Alberto's attorneys' fees and costs;

d.  in accordance with Sections 10a (a), (c) and (e) of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/10a (a), (c) & (e), Alberto's actual damages, and punitive or exemplary damages in a sum sufficient to dates future wrongful acts, together with Alberto's litigation costs, including reasonable attorneys' fees.

e.  in accordance with Section 70 of the Illinois Trademark Registration and Protection Act, 765 ILCS 1036/70, an award of treble Alberto's actual damages and defendant's wrongful profits resulting from defendant's acts of dilution, together with an award of Alberto's attorneys' fees; and,

20

CHIC_5239799

f.  in accordance with the common law of the State of Illinois, exemplary or punitive damages in a sum sufficient to deter future acts of trademark infringement, unfair competition, and unfair and deceptive practices.

3.  Apollo, in accordance with Section 36 of the United States Trademark Act, 15 U.S.C. § 1118, be required to deliver up to Alberto for destruction all labels, signs, prints, packages, bottles, receptacles, containers, and advertisements in defendant's possession or control bearing or embodying any of the Apollo DGB Trade Dress, Apollo HCE Trade Dress, Apollo Black & White Trade Dress, or any other reproduction, counterfeit, copy, or colorable imitation of Alberto's TRESemmé Black & White Trade Dress or TRESemmé Container Trade Dress.

4.  Apollo, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon Alberto, a report in writing, under oath, setting forth in detail the manner and form in which defendant has complied with the terms of any injunction entered by this Court.

21

CHIC_5239799

5.      Such other and further relief as the Court deems just and equitable.


Dated: April 12, 2011                              Respectfully submitted,

                                                   FOLEY & LARDNER LLP


                                                   s/ Charles R. Mandly, Jr.
                                                      Craig S. Fochler (Il Bar 840858)
                                                      Charles R. Mandly, Jr. (Il. Bar 6185827)
                                                      Andrew M. Gross (Il. Bar 6299917)
                                                      321 North Clark Street, Suite 2800
                                                      Chicago, Illinois 60654

                                                      Telephone: 312-832-4500
                                                      Facsimile: 312-832-4700

                                                      Attorneys for Plaintiffs,
                                                      Alberto-Culver International, Inc. and
                                                      Alberto-Culver USA, Inc.

22

CHIC_5239799

Exhibit A

Dear Topco Member, we would like your consideration and appreciate the opportunity to survey the attached potential "New" TopCare Product Offering. Tresemme Shampoo and Conditioner 32oz is a solid performer, a high quality product in the hair care category. The 32oz package size offers a terrific consumer value. The brand retails at a low of $3.87 (Wal-Mart) to a high $5.99 . The TopCare Tresemme 32oz Hair Care line will be positioned to retail at a suggested $3.50 - $3.79 and deliver strong profit margins.

    National Brand - Tresemme Products Listing: (See photos)
    -------------------------------------------------------------------
    Deep Cleansing Shampoo 32oz - #0-22400-64100-3
    ReMoisture ProVit B5 Conditioner 32oz - #0-22400-64150-8

    Smooth & Silky Shampoo 32oz #0-22400-65160-6
    Smooth & Silky Condition 32oz #0-22400-65161-3

    Dry / Damaged Moisture Rich Shampoo 32oz #0-22400-64944-3
    Dry / Damaged Moisture Rich Condition 32oz #0-22400-64949-

    2 in 1 Normal Hair Shampoo/Cond 32oz #0-22400-64368-7

    Anti-Breakage Vit B12 Shampoo #0-22400-64217-8
    Anti-Breakage Vit B12 Condition #0-22400-64218-5

These are the products that we have available to develop in TopCare Label. We can also develop any of the other Tresemme line of hair care products. Our package will incorporate the black o white color bottle and will be National Brand Equivalent.

Please let us know if based on your current brand sales that you would support the development of a TopCare Tresemme Shampoo and Conditioner line of products. We need your support and commitment to purchase in order to proceed. We greatly appreciate your time and considerations. Please let me know if I can be of any further assistance.

Warmest Regards and Many Thanks,

Larry Gaus
Sales Manager
APOLLO HBC
412-325-1351
412-414-3190
lgaus2001@yahoo.com

23

CHIC_5239799









24

CHIC_5239799